JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DEMAIO,<br><br>           Plaintiff,<br><br>     v.<br><br>MERCEDEZ-BENZ USA, LLC, et al.,<br><br>           Defendants. | Case No.  CV 21-1058-GW-KSx<br><br>**ORDER REMANDING CASE TO THE LOS ANGELES COUNTY SUPERIOR COURT** |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN:

IT IS ORDERED that the Motion for Remand set for hearing on April 8, 2021 is now off calendar and Case No. 2:21-cv-1058 shall be remanded to the Los Angeles County Superior Court.

Dated: April 6, 2021

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE